IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK E. BOUCHAT<br>2146 Harman Avenue<br>Baltimore, Maryland 21230, | * | |
| Plaintiff | * | |
| v. | * | Case No.: |
| BALTIMORE RAVENS LIMITED<br>PARTNERSHIP<br>1101 Russell Street<br>Baltimore, Maryland 21230 | * | |
| Defendant | * | |

\* \* \* \* \* \* \*

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## AND REQUEST FOR JURY TRIAL

Now comes Plaintiff Frederick E. Bouchat, by his attorneys, Howard J. Schulman, Marie J. Ignozzi and Schulman & Kaufman, LLC, and states:

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1338(a).

2. This is a civil action for copyright infringement brought under the copyright laws of the United States, i.e., 17 U.S.C. §§ 501, 502 503 & 504.

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b)(2)(3), 1391(c) and 1400(a).

4. On or about December 5, 1995, in Baltimore, Maryland, Plaintiff created, among others, an original drawing, fixed on paper, depicting a raven with wings extended upward clutching a shield with a stylized "B" and a botany cross, which drawing is the

subject work of this copyright action. On or about July 25, 1996, Plaintiff applied to the Register of Copyrights for a Certificate of Registration for the subject work entitled "The Ravens;" and the Register of Copyrights thereafter issued a Certificate of Registration, bearing registration No. VAu 372-606, effective July 25, 1996. The subject work contains material wholly original with Plaintiff in its creation and/or its selection and arrangement and is copyrightable subject matter under the laws of the United States. Plaintiff is currently, and at all relevant times has been, the sole proprietor of all rights, title and interests in and to the copyright in the subject work.

5.  Plaintiff has the exclusive right under § 106 of the Copyright Act "to do and to authorize" the reproduction, adaptation, publication, public and display of the copyrighted work. Any commercial reproduction or display of the infringing logo by Defendants is a violation of Plaintiff's rights under § 106.

6.  Each of the infringements alleged herein was committed by Defendant after actual notice that use of the infringing logo was a violation of Plaintiff's rights under the Copyright Act.

7.  Each of the infringements alleged herein is a new and distinct infringement occurring after the date of registration for purposes of 17 U.S.C. § 412.

8.  Each of the infringements alleged herein was willful and purposeful.

9.  Since at least October 29, 2011 but after August 22, 2003, Defendant has displayed nine large photographs prominently displaying the Bouchat logo in M&T Bank Stadium club level hallways, concourses and level 2 which are frequented by numerous persons paying admission and other associated fees, particularly during the home football

game days and other events hosted at M&T Bank Stadium for which persons pay the price of admission. A number of these photographs are displayed in proximity to seating entrances/exits as well as above the bars where concessionaires sell drinks and food.

10. Defendant has refused to cease and desist in the use of the infringing work.

WHEREFORE, Plaintiff Frederick E. Bouchat demands:

a. That Plaintiff be awarded actual damages;

b. That Plaintiff be awarded profits of Defendant that are attributable to the infringement;

c. That Plaintiff be awarded statutory damages;

d. That the Court issue a final permanent injunction to otherwise prevent and restrain the infringement of Plaintiff's copyright;

e. That Plaintiff be awarded attorney's fees and costs; and

f. That the Court grant such other relief as justice requires.

/s/
Howard J. Schulman  (Fed. Bar No. 00129)

/s/
Marie J. Ignozzi
Schulman & Kaufman, LLC
One Charles Center, Suite 600
100 N. Charles Street
Baltimore, Maryland 21201
(410) 576-0400
Attorneys for Plaintiff

## REQUEST FOR JURY TRIAL

Plaintiff hereby requests a trial by Jury.

```
                              /s/
                    Howard J. Schulman
```