```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

FREDERICK E. BOUCHAT              *

          Plaintiff               *

     vs.                          *   CIVIL ACTION NO. MJG-12-1905

BALTIMORE RAVENS LIMITED          *
PARTNERSHIP
                                  *
          Defendant
*    *      *      *       *      *      *      *      *
```

MEMORANDUM AND ORDER RE: FAIR USE SUMMARY JUDGMENT

The Court has before it Defendants' Motion for Summary Judgment on Fair Use [Document 11] and the materials submitted relating thereto.  The Court has held a hearing and has had the benefit of the arguments of counsel.

In the Decision Re: Fair Use Issues issued herewith, the Court finds that the uses at issue in the instant case, uses in what are referred to therein as "Stadium Picture Displays," constitute fair uses within the meaning of 17 U.S.C. § 107. "[T]he fair use of a copyrighted work . . . is not an infringement of copyright."  Id.  Therefore, Defendant is entitled to summary judgment.

Accordingly:

   1.  Defendants' Motion for Summary Judgment on Fair Use [Document 11] is GRANTED.

  2. Judgment shall be entered by separate Order.

SO ORDERED, on <u>Monday, November 19, 2012</u>.

                 /s/_____
               Marvin J. Garbis
             United States District Judge