```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

FREDERICK E. BOUCHAT              *

          Plaintiff               *

     vs.                          *   CIVIL ACTION NO. MJG-12-1905

BALTIMORE RAVENS LIMITED          *
PARTNERSHIP
                                  *
          Defendant
*    *    *    *    *    *    *    *    *
```

## JUDGMENT ORDER

By separate Order issued this date, the Court has granted summary judgment to Defendant.

Accordingly:

1. Judgment is hereby issued in favor of Defendant, Baltimore Ravens Limited Partnership, and against Plaintiff Frederick E. Bouchat, dismissing all claims with prejudice without costs.

2. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Monday, November 19, 2012.

/s/
Marvin J. Garbis
United States District Judge